COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:      01-20-00071-CV

Trial Court Cause
Number:      D-1-GN-19-002613

Style:      TitleMax of Texas, Inc.

     **v** City of Austin and Anne Morgan, City Attorney of The City of Austin; and Rondella Hawkins, Officer, City of Austin Office of Telecommunications and Regulatory Affairs, in their Official and Individual Capacities

Date motion filed[*]:      12/17/21

Type of motion:      Motion for Rehearing

Party filing motion:      Appellees

Document to be filed:     

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

     ☐ Granted

         If document is to be filed, document due:

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☒ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Sherry Radack
         ☐ Acting individually      ☒ Acting for the Court

Panel consists of      Chief Justice Radack and Justices Rivas-Molloy and Guerra

Date: January 11, 2022